UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KUM NAM LEE,<br><br>　　　　　　　　　Petitioner,<br><br>　　-against-<br><br>PROLAND MANAGEMENT,<br><br>　　　　　　　　　Respondent. | 1:22-CV-3734 (LTS)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the order issued May 12, 2022, dismissing this action without prejudice to any civil action that Kum Nam Lee may wish to bring in the future,

　　　　IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Kum Nam Lee may wish to bring in the future.

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Kum Nam Lee at the address listed on the court's docket, and to Young Yil Jo, at 1932 E. Washington Blvd., Pasadena, CA 91104, his address of record in *In re Young Yil Jo*, 1:14-CV-7793 (S.D.N.Y.), and note service on the docket.

SO ORDERED.

Dated:　May 12, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge